**Order issued January 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

**No. 05-14-00155-CR**
**No. 05-14-00156-CR**
**No. 05-14-00157-CR**
**No. 05-14-00158-CR**

---

**RANDY ALEXANDER REYES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices Bridges, Lang-Miers, and Myers

Based on the Court's opinion of this date, we **GRANT** the August 5, 2014 motion of John Tatum for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove John Tatum as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Randy Alexander Reyes, TDCJ No. 1909046, Roach Unit, 15845 FM 164, Childress, Texas, 79201.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE